# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JUBAIR AHMAD,

    Petitioner,

v.

ISRAEL JACQUEZ,

    Respondent.

Case No. C19-1216-TSZ-MLP

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME

Finding good cause, the Court GRANTS the parties' stipulated motion for extension of time (dkt. # 9), ORDERS Petitioner to file his reply brief by **October 15, 2019**, and directs the Clerk to RE-NOTE respondent's answer (dkt. # 6) for **October 21, 2019**, and to send copies of this order to the parties and to the Honorable Thomas S. Zilly.

Dated this 3rd day of October, 2019.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
FOR EXTENSION OF TIME - 1