UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUBAIR AHMAD,

                Petitioner,

    v.

ISRAEL JACQUEZ,

                Respondent.

Case No. C19-1216-TSZ-MLP

ORDER GRANTING SECOND
STIPULATED MOTION FOR
EXTENSION OF TIME

Finding good cause, the Court GRANTS the parties' second stipulated motion for extension of time (dkt. # 11), ORDERS Petitioner to file his reply brief by **October 21, 2019**, and directs the Clerk to RE-NOTE respondent's answer (dkt. # 6) for **October 28, 2019**, and to send copies of this order to the parties and to the Honorable Thomas S. Zilly.

Dated this 17th day of October, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge