The Honorable Thomas S. Zilly
Magistrate Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUBAIR AHMAD, | CASE NO. 19-CV-1216-TSZ-MLP |
| Petitioner, | **[PROPOSED]** **ORDER REGARDING BRIEFING SCHEDULE** |
| v. | |
| ISRAEL JACQUEZ, Warden, | |
| Respondent. | |

The Court, having consider the Stipulation submitted by the parties concerning the briefing schedule, finds that the facts support allowing supplemental briefing, and rules as follows:

THIS COURT FINDS that the Respondent is permitted to file a supplemental response on or before November 19, 2019;

THIS COURT FINDS that the Petitioner may file any further reply by December 3, 2019;

Order Regarding Briefing Schedule
*Jubair Ahmad v. United States*
19-cv-1216-TSZ-MLP - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | IT IS HEREBY ordered that the matter shall be noted for December 6, 2019.

2 | Dated this 24th day of October, 2019.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

Order Regarding Briefing Schedule
*Jubair Ahmad v. United States*
19-cv-1216-TSZ-MLP - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970