UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUBAIR AHMAD,

    Petitioner,

v.

ISRAEL JACQUEZ,

    Respondent.

Case No. C19-1216-TSZ-MLP

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME

The parties' stipulated motion for extension of time (dkt. # 16) is GRANTED. Respondent shall file his supplemental response on or before November 27, 2019, and petitioner shall file any supplemental reply on or before December 20, 2019. The Clerk is directed to RE-NOTE this matter for December 20, 2019, and to send copies of this order to the parties and to the Honorable Thomas S. Zilly.

Dated this 19th day of November, 2019.

                                          MICHELLE L. PETERSON
                                          United States Magistrate Judge