UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUBAIR AHMAD,

                Petitioner,

v.

ISRAEL JACQUEZ,

                Respondent.

Case No. C19-1216-TSZ-MLP

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME

      The parties' stipulated motion for extension of time (dkt. # 19) is GRANTED. Petitioner shall file his supplemental reply no later than **January 3, 2020**. The Clerk is directed to RE-NOTE Respondent's response (dkt. # 6) for January 3, 2020, and to send copies of this order to the parties and to the Honorable Thomas S. Zilly.

      Dated this 19th day of December, 2019.

                                        MICHELLE L. PETERSON
                                        United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
FOR EXTENSION OF TIME - 1