UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUBAIR AHMAD,

        Petitioner,

  v.

ISRAEL JACQUEZ, Warden,

        Respondent.

C19-1216 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the stipulation of the parties, docket no. 23, Petitioner's objections to the Report and Recommendation, docket no. 22, are due no later than April 27, 2020. Any responses to the objections shall be filed no later than May 11, 2020.

(2) The Report and Recommendation, docket no. 22, is RENOTED to May 11, 2020.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 3rd day of April, 2020.

               William M. McCool
               Clerk

               s/Karen Dews
               Deputy Clerk

MINUTE ORDER - 1