UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUBAIR AHMAD,

                Petitioner,

v.

ISRAEL JACQUEZ, Warden,

                Respondent.

C19-1216 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the stipulation of the parties, docket no. 25, Petitioner's objections to the Report and Recommendation, docket no. 22, are due no later than May 4, 2020. Any responses to the objections shall be filed no later than May 18, 2020.

(2) The Report and Recommendation, docket no. 22, is RENOTED to May 18, 2020.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of April, 2020.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1