UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUBAIR AHMAD,

    Petitioner,

v.

ISRAEL JACQUEZ,

    Respondent.

Case No. C19-1216-TSZ

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, docket no. 22, petitioner's objections, docket no, 27, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The action is DISMISSED without prejudice to Petitioner raising his claims in a civil rights or declaratory judgment action.

(3) The Clerk shall send copies of this Order to the parties and to Judge Peterson.

Dated this 10th day of June, 2020.

                                               Thomas S. Zilly
                                               United States District Judge

ORDER OF DISMISSAL - 1